UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JA'ONG BOUIE, | No. 2:16-cv-0624 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| R. WILLOX, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed May 11, 2018, plaintiff's complaint was screened and he was given the option to proceed immediately on some of his claims against defendant Willox or to amend the complaint. ECF No. 13. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 14.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the May 11, 2018 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and all claims against defendants Fielder, Wihlidal, and Doe and the claims against defendant Willox for conspiracy, retaliatory transfer, and violation of his rights to due process and access the courts will remain dismissed without prejudice.

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

IT IS SO ORDERED.

DATED: June 4, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE