UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JA'ONG BOUIE,<br><br>   Plaintiff,<br><br>   v.<br><br>R. WILLOX, et al.,<br><br>   Defendant. | No. 2:16-cv-0624 JAM AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 18. Plaintiff has filed a notice advising the court that he would like to amend the complaint (ECF No. 22) and a second amended complaint (ECF No. 23), which will be construed as objections to the findings and recommendations recommending dismissal without leave to amend of his due process, takings, and access to the courts claims.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2019 (ECF No. 18), are adopted in full;

2. As set forth in Section III of the May 8, 2019 screening order (ECF No. 18 at 6-11), plaintiff's due process, takings, and access to the courts claims are dismissed without leave to amend;

3. Plaintiff's Second Amended Complaint (ECF No. 23) is stricken.

Dated: July 10, 2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Boui0624.804

2