UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, JR., <br><br> Plaintiff, <br><br> v. <br><br> R. WILLOX, et al., <br><br> Defendants. | No. 2:16-cv-0624 JAM AC P <br><br><br> ORDER |

Defendants have moved to modify the dispositive-motion deadline in the Discovery and Scheduling Order. ECF No. 44. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to extend or alternatively vacate the dispositive-motion deadline, ECF No. 44, is granted.

2. The February 28, 2020 deadline for filing dispositive motions is vacated and will be re-set, as necessary, upon resolution of defendants' pending motion for summary judgment based on the failure to exhaust administrative remedies.

DATED: February 3, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE