UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>R. WILLOX, et al.,<br><br>Defendants. | No. 2:16-cv-0624 JAM AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has requested leave to withdraw his opposition to defendants' pending motion for summary judgment in light of the court's February 24, 2020 order extending his deadline to file a motion to compel discovery. ECF No. 52. The motion will be denied.

On August 12, 2019, shortly after the court issued the discovery and scheduling order in this case, defendants filed their motion for summary judgment based on failure to exhaust. ECF No. 29. Plaintiff then requested an extension of time to respond, in part so that he could conduct discovery. ECF No. 30. The request was granted, ECF No. 31, and on September 4, 2019, plaintiff proceeded to file a timely opposition to the summary-judgment motion without any further requests for extension, ECF No. 32.[1] Plaintiff later filed objections to defendants'

---

[1] The opposition was filed prior to the original September 6, 2019 deadline.

1

responses to discovery, which the court construed as a motion to compel, in which he stated that he had served discovery requests on defendants on October 6, 2019, and December 17, 2019. ECF No. 38. The motion was denied, and plaintiff was given leave to file a new motion to compel related to his requests served on October 6, 2019.[2] ECF No. 39 at 3. However, plaintiff was not given leave to file a further motion to compel as to the requests served on December 17, 2019, because they were untimely. Id. On February 24, 2020, the court granted plaintiff an extension of time to file his motion to compel. ECF No. 49.

Plaintiff's motion for an extension of time to file an opposition to the motion for summary judgment indicates that he knew at that time that he needed to conduct discovery in order to respond to the motion. ECF No. 30. However, despite requesting additional time in order to conduct such discovery, he instead chose to file his opposition within the original deadline and without requesting discovery, and then waited another month before submitting his first discovery requests. Now, six months after filing his opposition to the motion for summary judgment, plaintiff requests that he be allowed to withdraw his opposition in order to conduct discovery and submit a new opposition. ECF No. 52. He provides no justification for his failure to seek discovery prior to filing his opposition, despite believing such discovery was necessary over six months ago. Nor does plaintiff explain why he failed to take advantage of the extension he was granted or to request an extension of time to submit his opposition if he was unable to complete his discovery prior to the deadline. Plaintiff's request is excessively untimely and made without explanation for said untimeliness.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to withdraw his opposition to the motion for summary judgment, ECF No. 52, is denied.

DATED: April 1, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] A subsequent motion indicates that he served his requests on October 3, 2019, and that he had also served requests for documents on September 28, 2019. ECF No. 40 at 1.

2