1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DIRK JA'ONG BOUIE, JR.,                    No.  2:16-cv-0624 JAM AC P

12                 Plaintiff,

13        v.                                      ORDER

14    R. WILLOX, et al.,

15                 Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On June 2, 2020, the magistrate judge filed findings and recommendations herein which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within twenty-one days.  ECF No. 57.  Plaintiff

23    has filed objections to the findings and recommendations.  ECF No. 63.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 2, 2020, are adopted in full; and

2. Defendants' motion for summary judgment (ECF No. 29) is granted and the complaint is dismissed for failure to exhaust.

DATED:  September 9, 2020

/s/ John A. Mendez_____ _____

UNITED STATES DISTRICT COURT JUDGE